**Order entered February 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00884-CR

### MICHAEL SHANNON THEDFORD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80655-2018**

## ORDER

Before the Court is court reporter Kristen Kopp's February 22, 2019 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **March 25, 2019**.


/s/      LANA MYERS
         JUSTICE